Rel: February 14, 2025

STATE OF ALABAMA -- JUDICIAL DEPARTMENT
THE SUPREME COURT
OCTOBER TERM, 2024-2025

SC-2024-0611

Iqbal I. Singh v. Addiction and Mental Health Services, LLC, d/b/a Bradford Health Services (Appeal from Montgomery Circuit Court: CV-22-308).

BRYAN, Justice.

AFFIRMED. NO OPINION.

See Rule 53(a)(1) and (a)(2)(F), Ala. R. App. P.

Stewart, C.J., and Shaw, Mendheim, and Cook, JJ., concur.